UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREY STEWART,<br><br>    Petitioner,<br><br>    v.<br><br>M. SPEARMAN, Warden,<br><br>    Respondent. | No. 2:14-cv-1571-EFB P<br><br><br><u>ORDER</u> |

Petitioner, a state prisoner without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] The court has reviewed the petition as required by Rule 4 of the Rules Governing Section 2254 Proceedings, and finds that the petition is second or successive and must therefore be dismissed.

A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously challenged, and on which the federal court issued a decision on the merits. *Burton v. Stewart*, 549 U.S. 147 (2007); *see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000). Before filing a second or successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from the appellate court, the district court is without jurisdiction to consider a second or successive petition. *See Burton*, 549 U.S. 147.

Petitioner is currently serving a prison term of 135 years to life after a Sacramento County jury convicted him in or around December 2001 of violating California Penal Code sections 269 and 288. ECF No. 1 at 1 (referencing Sacramento Superior Court Case No. 00F08190). In the present action, petitioner challenges the resulting judgment of conviction. *See generally id.*

Court records reveal that petitioner previously challenged this judgment of conviction in an earlier action.[2] In *Stewart v. Yates*, No. 2:06-cv-2003 (E.D. Cal.), the court considered petitioner's challenge to his judgment of conviction arising from the Sacramento County Superior Court, case number 00F08190. *See Stewart*, ECF No. 28 (recommending that petition for writ of habeas corpus be denied); ECF No. 30 (order adopting recommendation and denying habeas relief); ECF No. 40 (Ninth Circuit Court of Appeals Order denying request for certificate of appealability). Since petitioner challenges the same judgment now that he previously challenged and which was adjudicated on the merits, the petition now pending is second or successive.

Petitioner offers no evidence that the appellate court has authorized this court to consider a second or successive petition. Since petitioner has not demonstrated that the appellate court has authorized this court to consider a second or successive petition, this action must be dismissed for lack of jurisdiction. *See Burton*, 549 U.S. 147; *Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th Cir. 2001) (per curiam).

Accordingly, it is hereby ORDERED that this action is dismissed for lack of jurisdiction and no certificate of appealability shall issue.

DATED: August 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Petitioner actually references this earlier filed action in the instant petition. *See* ECF No. 1 at 3.

2